IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICK WAYNE DISMUKES,  )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br> WARDEN JACKSON, et al.,     )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:24cv537-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated in the Elmore County Jail, filed this lawsuit complaining of unsanitary, unsafe living conditions in the jail, including the presence of black mold in the showers. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to pay the filing fee or file an application to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of January, 2025.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**